

Janet L. Medlock
Clerk, U.S. Bankruptcy Court

126 U.S. Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202−4581
414−297−3291
www.wieb.uscourts.gov

United States Bankruptcy Court
Eastern District of Wisconsin
Office of the Clerk

To: Gaynor Morrison
5401 N 76th St 101
Milwaukee, WI 53218

IN RE: **Ebony N Morrow**
Case No. **11−34203−pp**
Chapter: **7**

Dear Gaynor Morrison,

On September 16, 2011, DebtorEbony N Morrow filed a bankruptcy case in our Court. On Official Form B1, the Voluntary Petition, the debtor indicated that you served as a bankruptcy petition preparer.

Please note that under 11 U.S.C. § 110, bankruptcy petition preparers are required to file two forms at the time the debtor files the bankruptcy petition. You have failed to file or correctly complete the following:

☐   *Official Form B 19, Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer*

☑   *Official Form B 280, Disclosure of Compensation of Bankruptcy Petition Preparer*

Please file with the Bankruptcy court the missing files above no later than 7 calendar days from the date of this letter. Failure to do so may result in financial penalties and referral of this matter to the U.S. Trustee or to the Judge in this bankruptcy case.

Forms B 19 and B 280 can be found on the Court's website, at: www.wieb.uscourts.gov.

Dated: September 16, 2011

**JANET L. MEDLOCK**
Clerk of Court

By: Betsy S.
    Deputy Clerk

CC:
Ebony N Morrow
8511 W Mill Rd. Apt 1
Milwaukee, WI 53225