THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 07, 2011



_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

CHAPTER: 7
DATE: October 6, 2011
JUDGE: Pamela Pepper
CASE NO.: 2011-34203
DEBTOR: Ebony N Morrow
NATURE OF HEARING: Application for waiver of Chapter 7 filing fee
APPEARANCES: Ebony N Morrow - Debtor
COURTROOM DEPUTY: Amanda Sippel
TIME: 2:06 p.m. - 2:13 p.m.
ADJOURNED DATE:

The Court found that the debtor met the statutory qualifications for waiver of the filing fee (28 U.S.C. § 1930(f)(1)), in that:

* The debtor had income of less than 150% of the income official poverty line for a family of six; and

* The debtor was unable to pay the filing fee in installments.

Accordingly, the Court hereby **APPROVES** the debtor's request to proceed *in forma pauperis*, and **WAIVES** the filing fee requirement for this case.

The debtor should be aware that if, during the bankruptcy case, the Court learns of information that demonstrates that the debtor is able to pay the filing fee, the Court has the authority to vacate this order and require the debtor to make that payment. The debtor also should be aware that the fact that the Court has waived the filing fee in this case does not mean that the Court will waive that fee in any future cases the debtor may file.

# # # # #

1