THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 11, 2011



_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

IN RE:       EBONY N. MORROW,               Case No. 11-34203-pp

                    Debtor.                 Chapter 7

_____

**ORDER TO SHOW CAUSE WHY PETITION PREPARER
GAYNOR MORRISON SHOULD NOT BE SANCTIONED FOR
FAILURE TO COMPLY WITH THE BANKRUPTCY CODE**

_____

On September 16, 2011, the above debtor filed her Chapter 7 bankruptcy petition. The petition indicates that a non-attorney bankruptcy petition preparer named Gaynor Morrison, located at 5401 North 76th Street, #101, Milwaukee, WI 53218, prepare the debtor's paperwork. The application that the debtor filed, asking the Court to waive her filing fee, indicates that she paid someone $125 to prepare her bankruptcy papers. The Bankruptcy Code requires that if a non-attorney accepts money from a debtor to prepare a petition, that person must file a disclosure of how much the debtor was charged, along with other information. This disclosure, and other information, was not filed with the debtor's petition.

On the same day the petition was filed–September 16, 2011–the clerk's office sent Gaynor Morrison a notice, indicating that the fee disclosure and other required information had not been filed. To date–almost a month later–that information still has not been filed.

WHEREFORE, the Court hereby **ORDERS** that on **Wednesday, November 2, 2011 at 2:00 p.m.**, petition preparer Gaynor Morrison must appear in Room 149 of the federal courthouse at 517 East Wisconsin Avenue, Milwaukee, Wisconsin, and show cause why the Court should not impose sanctions–including requiring the preparer to disgorge fees, requiring the preparer to pay a fine, or barring the preparer from preparing any further petitions–for failing to comply with the requirements of the Bankruptcy Code. The preparer's failure to appear on Wednesday, November 2, 2011 at 2:00 p.m. may result in sanctions on top of those imposed for the failure to comply with the Code.

The Court also orders that debtor Ebony Morrow is to appear for this hearing.

# # # # #